# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CV-00232-RJC-DSC

| | |
|---|---|
| THOMAS CARAVAGLIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U S AIRWAYS INC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Joint Motion to Amend Scheduling Order" (document # 8) filed December 18, 2013. Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion will be <u>granted</u>.

The follow deadlines and trial date are extended as stated below:

Discovery Completion: February 28, 2014

Mediation: February 28, 2014

Dispositive Motions: March 31, 2014

Trial: September 8, 2014

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 19, 2013

_____
David S. Cayer
United States Magistrate Judge